IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05 CR 252

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TOMMY ZEKE MINCEY,<br><br>    Defendant. | **ORDER** |

**THIS MATTER IS** before the Court on Defendant Tommy Zeke Mincey's Motion to Suppress Statements and Evidence Obtained in Violation of the Fourth Amendment, (file doc. 9), filed on February 9, 2006.

**IT IS, THEREFORE, ORDERED** that this matter is hereby set for hearing on **Monday, March 6, 2006**, at **2:30 p.m.** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina.

Signed: February 17, 2006

Richard L. Voorhees
Chief United States District Judge